LESTER SCHMID, Appellant, *v.* HARRY WERNER et al., Defendants, and CITY OF NEW YORK, Respondent.

Submitted June 6, 1952; decided June 6, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 303 N. Y. 754.]